**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWRENCE GREEN,<br><br>              Plaintiff,<br><br>      vs.<br><br>JUDITH YOVANNIDES ROWE, aka<br>JUDITH ANN KEYES, et al.,<br><br>              Defendants. | No. 1:14-cv-01372---SKO<br><br>**ORDER DIRECTING CLERK OF COURT TO UPDATE THE DOCKET TO REFLECT PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE CLAIMS AGAINST DEFENDANT JUDITH YOVANNIDES ROWE** |

On October 17, 2014, Plaintiff filed a notice of voluntary dismissal without prejudice of his claims against Defendant Judith Yovannides Rowe pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically

1  terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of*
2  *San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).
3      Plaintiff filed a notice of dismissal without prejudice of the claims against Defendant
4  Judith Yovannides Rowe aka Judith Ann Keyes under Rule 41(a)(1)(A)(i).  Fed. R. Civ. P.
5  41(a)(1)(A)(i).  As such, those claims have been dismissed, and Defendant Rowe is terminated
6  from the action.
7      Accordingly IT IS HEREBY ORDERED that the Clerk of the Court update the docket
8  to reflect that the claims against Defendant Judith Yovannides Rowe aka Judith Ann Keyes
9  have been dismissed.

IT IS SO ORDERED.

Dated:  **October 23, 2014**          **/s/ Sheila K. Oberto**
                                                                                    UNITED STATES MAGISTRATE JUDGE